Commonwealth *v.* Ahearn, Appellant.

Submitted January 10, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Edward L. Willard,* Public Defender, for appellant.

*Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:
Order affirmed.
Mr. Justice ROBERTS dissents.